**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

GERREK FRENCH,          )
                                     )
          Petitioner,     )
                                     )
     v.                   )        No. 4:13-CV-0472-JAR
                                     )
IAN WALLACE,           )
                                     )
          Respondent.    )

## MEMORANDUM AND ORDER

      This matter is before the Court upon its own motion.  Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition is unsigned. Rule 2(c)(5) of the Rules Governing § 2254 Petitions requires that all § 2254 petitions be signed under penalty of perjury.  As a result, the Court will order the Clerk to mail a copy of the petition to petitioner.  And petitioner will be directed to sign and return the petition within thirty days of the date of this Order.

      Accordingly,

      **IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner a copy of his petition for writ of habeas corpus.

      **IT IS FURTHER ORDERED** that petitioner must sign and return the petition to the Court within **30 days of the date of this Order**.

      Dated this 18th day of March, 2013.

                                        _____
                                        JOHN A. ROSS
                                        UNITED STATES DISTRICT JUDGE